UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-20303-GAYLES

UNITED STATES OF AMERICA

v.

JESUS TRUJILLO,
KAREL FELIPE, and
TAMARA QUICUTIS,

           Defendants.
_____/

**GOVERNMENT'S FIRST AMENDED EXHIBIT LIST**

| Presiding Judge:<br>**The Honorable Patricia Seitz** | Government Attorneys:<br>**Jamie de Boer**<br>**Keith Clouser** | Defense Attorneys:<br>**S. Patrick Dray**<br>**Ernesto Medina**<br>**Juan Gonzalez**<br>**Mauricio Aldazabal** |
|---|---|---|
| Courtroom Deputy: | Court Reporter: | |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | | **000's – Apartments** |
| 001A | | | | Photos of First Apartment (6355 SW 63rd Court, Miami, Florida) |
| 001B | | | | Photos from Balcony of First Apartment (6355 SW 63rd Court, Miami, Florida) |
| 001C | | | | Photos from Inside of First Apartment (6355 SW 63rd Court, Miami, Florida) |
| 001D | | | | Video of Eduardo Rubal and Karel Felipe in First Apartment |
| 001E | | | | Video of Karel Felipe in First Apartment Part 1 |

1

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 001F | | | | Video of Karel Felipe in First Apartment Part 2 |
| 001G | | | | Video of Karel Felipe in First Apartment Part 3 |
| 002 | | | | Photos of Second Apartment (1950 SW 122nd Ave., Miami, Florida) |
| 003A | | | | Jesus Trujillo Altis Kendall Square Apartment Lease |
| 003B | | | | Altis Kendall Square Apartment Map & Photo |
| **100's – Claims Data and Provider Registration** | | | | |
| 100 | | | | Nu-Wave Home Health Care, Inc. Medicare Data |
| 101A | | | | Tri-County Home Care, LLC Medicare Data |
| 101B | | | | Tri-County Home Care, LLC Medicare Data |
| 102 | | | | Care Home Health Services, Inc. Medicare Data |
| 103 | | | | Nu Wave Purchase Agreement (Sept. 27, 2016) |
| 104 | | | | Nu-Wave Medicare Enrollment Reflecting Change of Ownership to Osmany Andrades Valdes (Oct. 14, 2016) |
| 105 | | | | Letter from Medicare to Nu-Wave Confirming Change of Ownership (Nov. 11, 2016) |
| 106 | | | | *Intentionally Left Blank* |
| 107 | | | | Tri-County Purchase Agreement (Dec. 22, 2016) |
| 108 | | | | Tri-County Medicare Enrollment Reflecting Change of Ownership Removing Yolande Stephenson/Kimberly Dent (Jan. 17, 2017) |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 109 | | | | Tri-County Medicare Enrollment Reflecting Change of Ownership to Victor Rodriguez (Jan. 19, 2017) |
| 110 | | | | Nu-Wave Cost Report Signature Page Mailed July 14, 2017 from Orlando, Florida |
| 111 | | | | Care Home Health Medicare Enrollment Changing Ownership to Rusbel Garcia (Nov. 5, 218) |
| **200s – Financial Records** | | | | |
| 201 | | | | *Intentionally Left Blank* |
| 202 | | | | Signature Card for NuWave Account x0762 with TCF Bank |
| 203 | | | | Signature Card for Tri-County Account x9769 with Chase Bank |
| 204 | | | | Signature Card for Tri-County Account x2109 with Chase Bank |
| 205 | | | | Signature Card for Tri-County Account x9915 with Chase Bank |
| 206 | | | | Signature Card for Tri-County Account x3314 with Fifth Third Bank |
| 207-209 | | | | *Intentionally Left Blank* |
| 210 | | | | Combined Banking Records (CD) |
| 211 | | | | Chase ATM Video 1 – May 14, 2018 |
| 212 | | | | Chase ATM Video 2 – May 14, 2018 |
| 213-217 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 218 | | | | Mailbox 650 Agreement, PS Form 1583, ID, Payment Records |
| 219 | | | | December 2016 Statement from Rubal Account x9261 (Dec. 22, 2016) |
| 220 | | | | L.C. Cashed Checks |
| **300s - Communication** | | | | |
| 300A | | | | Text Messages between Hector Suarez Gonzalez and Tamara Quicutis (English) |
| 300B | | | | Extracts of Text Messages between Hector Suarez Gonzalez and Tamara Quicutis (Spanish) |
| **400s – Photographs and Video** | | | | |
| 401 | | | | *Intentionally Left Blank* |
| 402 | | | | Photo of Karel Felipe's RV |
| 403 | | | | *Intentionally Left Blank* |
| 404 | | | | Red Roof Inn Photo |
| 405 | | | | Photo of Starbucks at 11585 Bird Rd, Miami, FL, 33165 |
| 406 | | | | Photo of Marvin's Garden Inn |
| 407-408 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 409 | | | | Photo of Greek Town Casino |
| 410 | | | | *Intentionally Left Blank* |
| 411 | | | | Photo of SimpleMobile Store |
| 412A-F | | | | *Intentionally Left Blank* |
| 412G | | | | Photograph of Sticky Notes with Tri-County Payments |
| 412H-J | | | | *Intentionally Left Blank* |
| 412K | | | | Photograph of Sticky Notes with Payments to Gordos, "K," and "D" |
| 413 | | | | *Intentionally Left Blank* |
| 414 | | | | Photograph of Red Car at Second Apartment |
| 415-419 | | | | *Intentionally Left Blank* |
| 420 | | | | Photo of Casa Panza |
| 421 | | | | *Intentionally Left Blank* |
| 422A | | | | Photos of Sticky Notes Identifying Transactions to Karel Felipe and Tamara Quicutis |
| 422B | | | | Photos of Sticky Notes Identifying Transactions to Karel Felipe and Tamara Quicutis |
| 422C | | | | Photos of Sticky Notes Identifying Transactions to Karel Felipe and Tamara Quicutis |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| **500s – Materials Seized from Second Apartment (1950 SW 122nd Ave., Miami, Florida)** | | | | |
| 500 | | | | Hector Suarez Gonzalez' Marble Ledger Notebook (photo placeholder for physical evidence) |
| 500A | | | | Hector Suarez Gonzalez' Marble Ledger Notebook (physical evidence) |
| 501 | | | | Blue Folder of Checks (photo placeholder for physical evidence) |
| 501A | | | | Blue Folder of Checks (physical evidence) |
| 502 | | | | "Forfeit" Manila Envelope (photo placeholder for physical exhibit) |
| 502A | | | | "Forfeit" Manila Envelope (physical evidence) |
| 503 | | | | Plastic Bin from 1950 SW 122nd Ave, Apt 518 (Item #71) (photo placeholder for physical evidence) |
| 503A | | | | Plastic Bin Open from 1950 SW 122nd Ave, Apt 518 (Item #71) (photo placeholder for physical evidence) |
| 503B | | | | Plastic Bin from 1950 SW 122nd Ave (Item #71) (physical evidence) |
| 504 | | | | Photo of receipts from purchase of latex gloves |
| 505 | | | | Camo Trapper Keeper with Payments to K and T (placeholder for physical exhibit) |
| 505A | | | | Camo Trapper Keeper with Payments to K and T (physical evidence) |
| 506 | | | | AssBash Spreadsheet (Spreadsheet of Payments to Karel Felipe) |
| 507 | | | | Calendar on Wall of Second Apartment (Item #58) (placeholder for physical exhibit) |
| 507A | | | | Calendar on Wall of Second Apartment (Item #58) (physical evidence) |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 508 | | | | Photograph of Seized Box Labeled "Antonio" (Item #17) (placeholder for physical exhibit) |
| 508A | | | | Seized Box Labeled "Antonio" (physical evidence) |
| 509 | | | | Photograph of Seized Box from Second Apartment (Item #51) (placeholder for physical exhibit) |
| 509A | | | | Seized Box from Second Apartment (Item #51) (physical evidence) |
| 510 | | | | Photograph of Seized Box from Second Apartment (Item #52) (placeholder for physical exhibit) |
| 510A | | | | Seized Box from Second Apartment (Item #52) (physical evidence) |
| 511 | | | | Photograph of Seized Box from Second Apartment (Item #53) (placeholder for physical exhibit) |
| 511A | | | | Seized Box from Second Apartment (Item #53) (physical evidence) |
| 512 | | | | DesgloseNuWave Spreadsheet (CD) |
| 512A | | | | DesgloseNuWave (Excerpt of Accounts Tab) |
| 512B | | | | DesgloseNuWave (Excerpt of Distributions Tab) |
| 513 | | | | Photograph of Seized Box from Second Apartment (Item #54) (placeholder for physical exhibit) |
| 513A | | | | Seized Box from Second Apartment (physical evidence) |
| 514 | | | | Photograph of Seized Box from Second Apartment (Item #55) (placeholder for physical exhibit) |
| 514A | | | | Seized Box from Second Apartment (Item #55) (physical evidence) |
| 515 | | | | Photograph of Seized Box from Second Apartment (Item #57) (placeholder for physical exhibit) |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 515A | | | | Seized Box from Second Apartment (Item #57) (physical evidence) |
| 516-523 | | | | *Intentionally Left Blank* |
| 524 | | | | (Tri-County) Pat List Tri Spreadsheet (CD) |
| 525-528 | | | | *Intentionally Left Blank* |
| 529 | | | | (Care) CarePatList Spreadsheet (CD) |
| 530-533 | | | | *Intentionally Left Blank* |
| 534 | | | | Victor Rodriguez Driver License (photo of physical evidence) |
| 535A | | | | Tri-County Patient Charts with Handwritten Notations (photo of physical evidence) |
| 535B | | | | Tri-County Patient Charts with Handwritten Notations (photo of physical evidence) |
| 535C | | | | Tri-County Patient Charts with Handwritten Notations (photo of physical evidence) |
| 535D | | | | Tri-County Patient Charts with Handwritten Notations (photo of physical evidence) |
| 535E | | | | PatListTri with Handwritten Notations (photo of physical evidence) |
| 535F | | | | Allergy & Asthma Associates of S FL Patient List with Handwritten Notations (photo of physical evidence) |
| 535G | | | | Allergy & Asthma Associates of S FL Patient List with Handwritten Notations (photo of physical evidence) |
| 535H | | | | CMS Eligibility Check Handwritten Instructions (photo of physical evidence) |
| 535I | | | | Translation of CMS Eligibility Check Handwritten Instructions |
| 536 | | | | Allergy & Asthma Associates of S FL Patient List with Handwritten Notations (photo of physical evidence) |

8

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 537 | | | | DDE User Guide |
| 538 | | | | PatientDBF_110308_Rec8165 |
| **600s – Corporate Records** | | | | |
| 600 | | | | Certified Property Records 19024 SW 319th St. |
| 601 | | | | *Intentionally Left Blank* |
| 602 | | | | Certified Secretary of State Records for Companies in Banking |
| 603B | | | | Certified Border Crossing Records – Michael Morera Fernandez |
| 603C | | | | Certified Border Crossing Records – Victor Rodriguez |
| 603D | | | | Certified Border Crossing Records – Gilberto Vazquez |
| 603E | | | | Certified Border Crossing Records – Osmany Valdez |
| 604 | | | | Certified Border Crossing Records – Ramon Noriega |
| **700s – Summary Slides** | | | | |
| 701 | | | | *Intentionally Left Blank* |
| 702 | | | | Summary Slide: Enrollment Nu-Wave 2 |
| 703 | | | | Data Summary Nu-Wave Chart |
| 704 | | | | Data Summary Nu-Wave Bene Residence |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 705 | | | | Data Summary Nu-Wave Bene MAP |
| 706 | | | | Data Summary Nu-Wave Bene MAP 2 |
| 707 | | | | Data Summary Nu-Wave 2 |
| 708 | | | | Summary Slide: Enrollment Tri-County |
| 709 | | | | Data Summary Tri-County Chart |
| 710 | | | | Data Summary Tri-County Bene Residence |
| 711 | | | | Data Summary Tri-County Bene MAP |
| 712 | | | | Data Summary Tri-County Bene MAP 2 |
| 713 | | | | Data Summary Tri-County 2 |
| 714 | | | | Summary Slide: Enrollment Care Home Health |
| 715 | | | | Data Summary Care Home Health |
| 716 | | | | Data Summary Care Home Health Chart |
| 717 | | | | Data Summary Care Home Health Bene Residence |
| 718 | | | | Data Summary Care Home Health Bene MAP 2 |
| 719 | | | | Data Summary ALL Chart |
| 720 | | | | Data Summary ALL |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 721 | | | | Data Summary Attending BB |
| 722 | | | | Data Summary Attending RC |
| 723 | | | | Data Summary Attending SC |
| 724 | | | | Data Summary Bene LC |
| 725 | | | | Data Summary Bene MJ |
| 726-749 | | | | *Intentionally Left Blank* |
| 750 | | | | Total Medicare Deposits for Nu-Wave, Tri-County, and Care Home Health |
| 750A | | | | Medicare Deposits for Nu-Wave, Tri-County, and Care Home Health |
| 750B | | | | Medicare Deposits for Nu-Wave, Tri-County, and Care Home Health |
| 750C | | | | Medicare Deposits for Nu-Wave, Tri-County, and Care Home Health |
| 751A | | | | Nu-Wave – Sources of Funds |
| 751B | | | | Nu-Wave – Flow of Funds Summary |
| 751C | | | | Nu-Wave – Summary of Cash Conversion Methods |
| 751D | | | | Nu-Wave – Bank Accounts Analyzed |
| 752 | | | | Nu-Wave – Use of Funds |
| 753A | | | | Nu-Wave – Osmany Andrades Valdes & Affiliated Entities Bank Accounts Analyzed |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 753B | | | | Nu-Wave – Osmany Andrades Valdes & Affiliated Entities Sources of Funds |
| 753C | | | | Nu-Wave – Osmany Andrades Valdes & Affiliated Entities Uses of Funds |
| 754A | | | | Nu-Wave – Gilberto E Vazquez & Affiliated Entities Bank Accounts Analyzed |
| 754B | | | | Nu-Wave – Gilberto E Vazquez & Affiliated Entities Sources of Funds |
| 754C | | | | Nu-Wave – Gilberto E Vazquez & Affiliated Entities Uses of Funds |
| 755A | | | | Nu-Wave – Jesus Rodriguez & Affiliated Entities Bank Accounts Analyzed |
| 755B | | | | Nu-Wave – Jesus Rodriguez & Affiliated Entities Sources of Funds |
| 755C | | | | Nu-Wave – Jesus Rodriguez & Affiliated Entities Uses of Funds |
| 756A | | | | Nu-Wave – Ramon Noriega & Affiliated Entities Bank Accounts Analyzed |
| 756B | | | | Nu-Wave – Ramon Noriega & Affiliated Entities Sources of Funds |
| 756C | | | | Ramon Noriega & Affiliated Entities Uses of Funds |
| 757 | | | | Nu-Wave – Entities Referenced in Bank Records |
| 758A | | | | Nu-Wave – Samples of Checks Cashed at Jagueych LLC |
| 758B | | | | Nu-Wave – Samples of Checks Cashed at Convenient Check Cashing |
| 759A | | | | Tri-County – Sources of Funds |
| 759B | | | | Tri-County – Flow of Funds Summary |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 759C | | | | Tri-County – Summary of Cash Conversion Methods |
| 759D | | | | Tri-County – Bank Accounts Analyzed |
| 760 | | | | Tri-County – Use of Funds |
| 761A | | | | Tri-County – Luis A Cicilia Fernandez & Affiliated Entities Bank Accounts Analyzed |
| 761B | | | | Tri-County – Luis A Cicilia Fernandez & Affiliated Entities Sources of Funds |
| 761C | | | | Tri-County – Luis A Cicilia Fernandez & Affiliated Entities Uses of Funds |
| 762 | | | | Tri-County – Entities Identified in Bank Records |
| 763A | | | | Tri-County – Checks Cashed at Jagueych LLC |
| 763B | | | | Tri-County – Checks Cashed at A and M Services USA LLC |
| 764B | | | | Care Home Health Flow of Funds |
| 764C | | | | *Intentionally Left Blank* |
| 764D | | | | Care Home Health Bank Accounts Analyzed |
| 765A | | | | Michael Morera Fernandez & Affiliated Entities Bank Accounts Analyzed |
| 765B | | | | Care – Michael Morera Fernandez & Affiliated Entities Sources of Funds |
| 765C | | | | Care – Michael Morera Fernandez & Affiliated Entities Uses of Funds |
| 766A | | | | Care – Rusbel Pena-Garcia & Affiliated Entities Bank Accounts Analyzed |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 766B | | | | Care – Rusbel Pena-Garcia & Affiliated Entities Sources of Funds |
| 766C | | | | Care – Michael Morera Fernandez & Affiliated Entities Uses of Funds |
| 767A | | | | Care – Antonio A. Jimenez & Affiliated Entities Bank Accounts Analyzed |
| 768A | | | | Care – Yordan Remedio Bentacourt & Affiliated Entities Bank Accounts Analyzed |
| 769 | | | | Care – Entities Identified in Bank Records |
| 770 | | | | Miami Auto Finance Sources of Funds |
| 771 | | | | Summary of Entities with Shared Addresses |
| 772A | | | | Jesus Trujillo Deposits by Month |
| 772B | | | | Jesus Trujillo Cash Deposit Details |
| 772C | | | | Jesus Trujillo Bank Accounts Analyzed |
| 773A | | | | Karel Felipe Deposits by Month |
| 773B | | | | Karel Felipe Cash Deposit Details |
| 773C | | | | Karel Felipe Bank Accounts Analyzed |
| 774A | | | | Tamara Quicutis Deposits by Month |
| 774B | | | | Tamara Quicutis Cash Deposit Details |
| 774C | | | | Tamara Quicutis Bank Accounts Analyzed |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 775 | | | | Summary of Sticky Notes Tracking Cash Payments |
| **800s – Miscellaneous** | | | | |
| 800 | | | | Hector Suarez Gonzalez drawing of the interior layout of 6355 SW 63rd Court Apartment |
| 801 | | | | Death Certificates (Part 1) |
| 802 | | | | Death Certificates (Part 2) |
| 803 | | | | Kendall Ford Dealership Map & Photo |
| 804 | | | | Photos of Relevant Individuals |
| 805A | | | | Vicente Acosta Gonzalez Plea Agreement |
| 805B | | | | Vicente Acosta Gonzalez Factual Basis |
| 806A | | | | Didier Arcia Plea Agreement |
| 806B | | | | Didier Arcia Factual Basis |
| 807 | | | | Alexey Gil House Map & Photo |
| 808A | | | | Hector Suarez Gonzalez Plea Agreement |
| 808B | | | | Hector Suarez Gonzalez Factual Basis |
| 808C | | | | Hector Suarez Gonzalez Plea Agreement – Spanish |
| 809A | | | | Eduardo Rubal Plea Agreement |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 809B | | | | Eduardo Rubal Factual Basis |
| 810A | | | | Jeffrey Avila Plea Agreement |
| 810B | | | | Jeffrey Avila Factual Basis |
| 810C | | | | Jeffrey Avila Plea Agreement - Spanish |
| 811A | | | | Alberto Gonzalez Delgado Plea Agreement |
| 811B | | | | Alberto Gonzalez Delgado Factual Basis |
| 812A | | | | Alexey Gil Plea Agreement |
| 812B | | | | Alexey Gil Factual Basis |
| 812C | | | | Alexey Gil Plea Agreement - Spanish |
| 813 | | | | *Intentionally Left Blank* |
| 814 | | | | Latin American Bakery and Cafe |

Dated: September 18, 2023                           Respectfully submitted,

                                                   MARKENZY LAPOINTE
                                                 UNITED STATES ATTORNEY
                                                 SOUTHERN DISTRICT OF FLORIDA

                                                 GLENN S. LEON
                                                 CHIEF, FRAUD SECTION
                                                 CRIMINAL DIVISION
                                                 DEPARTMENT OF JUSTICE

By   /s/ *Jamie de Boer*
       JAMIE DE BOER
       Florida Special Bar No. A5502601
       KEITH CLOUSER
       Florida Special Bar No. A5502882
       Trial Attorneys
       United States Department of Justice
       Criminal Division, Fraud Section
       1400 New York Avenue, NW
       Washington, DC 20005
       Tel.: (202) 304-6801 (de Boer)
       Tel.: (202) 256-0867 (Clouser)
       Jamie.deBoer@usdoj.gov
       David.Clouser@usdoj.gov